**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JANET M. D.,**

**Plaintiff,** :

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.** :

**Case No. 2:25-cv-1287**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Karen L. Litkovitz**

## ORDER

This cause coming before the Court on the parties' Joint Stipulation (ECF No. 19), due notice having been given, and the Court being fully advised,

**IT IS THEREFORE ORDERED THAT**:

1. The parties' Joint Stipulation (ECF No. 19) is accepted, and the Commissioner shall pay Plaintiff $4,500.00 in full satisfaction of any and all claims for attorney's fees, expenses, and costs;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, the Commissioner shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**